**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

AIDEN WALLACE and
JESSICA KEPLER,

Plaintiffs,

v.

BENJAMIN HEPBURN,
MONTOURSVILLE AREA SCHOOL
DISTRICT, and COMMONWEALTH OF
PENNSYLVANIA,

Defendants.

No. 4:26-CV-00158

(Chief Judge Brann)

# ORDER

**SEPTEMBER 3, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motions to Dismiss (Docs. 9, 23) are **GRANTED**;
2. Plaintiffs' Motion for Oral Argument (Doc. 24) is **DENIED**;
3. The workers' compensation, state tort, and, as to Pennsylvania, state-created danger claims are dismissed **WITH PREJUDICE**;
4. The state-created danger claims as to Hepburn and Montoursville are dismissed **WITHOUT PREJUDICE**;
5. Plaintiffs may **FILE** an amended complaint within **FOURTEEN (14) DAYS** of the date of this Order, should they care to do so.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge